| | | Date: 12/11/09 | | | | Page: |
|---|---|---|---|---|---|---|

# DIVIDENDS REMITTED TO THE COURT

Case Number 07-14366 - D'AGNESE JR., PETER

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| JCPenney Credit Services<br>GE Consumer Finance<br>PO Box 960061<br>Orlando, FL 32896 | 000006 | 70.00 | 0.74 |
| ---------- Remittance Total --------------- | | 70.00 | 0.74 |

*[signature]*
MARY ANN RABIN, Trustee